B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**Stage Delicatessen & Restaurant Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>95-4110841 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>834 7th Avenue<br>New York, New York | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New York<br>ZIP CODE 10019 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>Unknown | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 | |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Restaurant |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Stage Delicatessen & F

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney |
|---|---|
| De Sola Provisions Corp. | Robinson Brog Leinwand Greene et al |
| **Name of Petitioner** / Date Signed | **Name of Attorney Firm (If any)** / Date |
| Name & Mailing Address of Individual Signing in Representative Capacity: C/O B-18 Hunts Point Coop Market, Bronx, New York 10474 | 875 Third Ave., 9th Floor, New York, NY 10022 — Address<br>(212) 603-6300 — Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney |
| Driscoll Foods | Robinson Brog Leinwand Greene et al |
| **Name of Petitioner** / Date Signed | **Name of Attorney Firm (If any)** / Date |
| Name & Mailing Address of Individual Signing in Representative Capacity: C/O 174 Delawanna Ave, Clifton, NJ 07014 | 875 Third Ave., 9th floor, New York, NY 10022 — Address<br>(212) 603-6300 — Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney |
| Gian Piero Bakery | Robinson Brog Leinwand Greene et al |
| **Name of Petitioner** / Date Signed | **Name of Attorney Firm (If any)** / Date |
| Name & Mailing Address of Individual Signing in Representative Capacity: 44-17 30th Avenue, Astoria, New York 11103 | 875 Third Ave., 9th floor, New York, NY 10022 — Address<br>(212) 603-6300 — Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| De Sola Provisions Corp. | goods sold & delivered | 182,832.14 |
| Driscoll Foods | goods sold & delivered | 81,979.44 |
| Gian Piero Bakery | goods sold & delivered | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Stage Delicatessen & F

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
De Sola Provisions Corp.
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
C/O B-18 Hunts Point Coop Market
Bronx, New York 10474

x_____
Signature of Attorney                Date
Robinson Brog Leinwand Greene et al
Name of Attorney Firm (If any)
875 Third Ave., 9th Floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

x  Bela Makula
Signature of Petitioner or Representative (State title)
Driscoll Foods
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
C/O 174 Delawanna Ave
Clifton, NJ 07014

x_____
Signature of Attorney                Date
Robinson Brog Leinwand Greene et al
Name of Attorney Firm (If any)
875 Third Ave., 9th floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
Gian Piero Bakery
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
44-17 30th Avenue
Astoria, New York 11103

x_____
Signature of Attorney                Date
Robinson Brog Leinwand Greene et al
Name of Attorney Firm (If any)
875 Third Ave., 9th floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| De Sola Provisions Corp. | goods sold & delivered | 182,832.14 |
| Driscoll Foods | goods sold & delivered | 81,979.44 |
| Gian Piero Bakery | goods sold & delivered | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

04/19/2013 09:42 FAX 2125815981 RBLGG&G ☒002
04/03/13 WED 11:14 FAX 2129562184 RBLGG&G ☒006

B 5 (Official Form 5) (12/07) - Page 2

Name of Debtor **Stage Delicatessen & F**

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
**De Sola Provisions Corp.**
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
C/O B-18 Hunts Point Coop Market
Bronx, New York 10474

x _____
Signature of Attorney
**Robinson Brog Leinwand Greene et al**       Date
Name of Attorney Firm (if any)
875 Third Ave., 9th Floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
**Driscoll Foods**
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
C/O 174 Delawanna Ave
Clifton, NJ 07014

x _____
Signature of Attorney
**Robinson Brog Leinwand Greene et al**       Date
Name of Attorney Firm (if any)
875 Third Ave., 9th Floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

x /s/ *[signature]*
Signature of Petitioner or Representative (State title)
**Gian Piero Bakery**
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
44-17 30th Avenue
Astoria, New York 11103

x *[signature]*
Signature of Attorney
**Robinson Brog Leinwand Greene et al**       Date
Name of Attorney Firm (if any)
875 Third Ave., 9th Floor, New York, NY 10022
Address
(212) 603-6300
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| De Sola Provisions Corp. | goods sold & delivered | 182,832.14 |
| Driscoll Foods | goods sold & delivered | 61,979.44 |
| Gian Piero Bakery | goods sold & delivered | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached

**DeSola Provisions Corp.**
**B-18 Hunts Point Cooperative Market**
**Bronx, New York 10474**

April    , 2013

Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

RE:  <u>Stage Deli of New York</u>

Dear Mr. Leinwand:

We are a creditor of Stage Delicatessen & Restaurant Inc., which is obligated to us in the amount of **$182,832.14** as per Statement dated 3/10/2013.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Stage Deli of New York on our behalf.

Very truly yours,

DeSola Provisions Corp.

By: _____
Richard Reisner

616102

**Driscoll Foods**
**174 Delawanna Avenue**
**Clifton, New Jersey 07014**

April 3, 2013

Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

RE: <u>Stage Deli of New York</u>

Dear Mr. Leinwand:

We are a creditor of Stage Delicatessen & Restaurant Inc., which is obligated to us in the amount of **$81,979.44** as per Statement dated 3/20/2013.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Stage Deli of New York on our behalf.

Very truly yours,

Driscoll Foods

By: _____
Bela Makula

{00616101.DOC;1}616101

# Gian Piero Bakery
## 44-17 30th Avenue
## Astoria, New York 11103

April   , 2013

Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

RE: <u>Stage Deli of New York</u>

Dear Mr. Leinwand:

We are a creditor of Stage Delicatessen & Restaurant Inc., which is obligated to us in the amount of $15,565.94 as per Statement dated 4/14/13, 2013.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Stage Deli of New York on our behalf.

Very truly yours,

Gian Piero Bakery

By: _____
    Mike_____

617760